IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAYLA LOUISE DAVIS,

        Plaintiff,

v.

MARTIN O'MALLEY,
Commissioner of Social Security,

        Defendant.

No. 6:23-cv-1798-AB

ORDER AWARDING ATTORNEY FEES
UNDER THE EQUAL ACCESS TO
JUSTICE ACT, PURSUANT TO
28 U.S.C. § 2412(d)

BAGGIO, J.,

    Based upon the stipulated motion [20] for Fees under the Equal Access to Justice Act, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act in the amount of ten thousand dollars (**$10,000**). Under *Astrue v. Ratliff*, 560 U.S. 586 (2010), this award is subject to the United States Department of the Treasury's Offset Program. Any award shall be payable to Plaintiff, except that if the Commissioner determines that Plaintiff's award is not subject to the Treasury's Offset Program, the award shall be payable to Plaintiff's counsel: Alan Stuart Graf. Payment shall be delivered to Plaintiff's counsel at Alan Stuart Graf, 825 Merrimon Ave, Ste C, PMB # 354, Asheville, NC 28804 or by electronic deposit into the account of Alan Stuart Graf, attorney.

    DATED this 2nd day of October, 2024.

                                         AMY M. BAGGIO
                                         United States District Judge

1 – ORDER