IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAYLA D.,

               Plaintiff,

     v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

               Defendant.

Case No. 6:23-cv-01798-AB

ORDER

**BAGGIO, District Judge:**

Plaintiff Shayla D. brought this action seeking review of the Commissioner's final decision to deny Supplemental Security Income. On September 17, 2024, pursuant to the parties' stipulation, the Court reversed the Commissioner's decision and ordered that the case be remanded for additional proceedings. Order, ECF No. 18. Judgment was also entered on September 17, 2024. J., ECF No. 19. On May 4, 2026, Plaintiff's counsel received notice of Plaintiff's award for benefits. Pl. Mot. Ex. 5, ECF No. 24-5.

1 – ORDER

Plaintiff now seeks an award of fees of $12,847.75 pursuant to 42 U.S.C. § 406(b). Pl. Mot., ECF No. 24. Defendant has no objection to the request. *Id.* The Court has reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

The Court GRANTS the motion [24] and awards Plaintiff's counsel $12,847.75 in attorney's fees under 42 U.S.C. § 406(b). When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the $10,000 previously received under EAJA and send Plaintiff's attorney the balance of $2,847.75, less any applicable processing fees as allowed by statute. Any amount withheld after all administrative and court attorney's fees are paid should be released to Plaintiff.

IT IS SO ORDERED.

DATED this __1st__ day of July, 2026.

AMY M. BAGGIO
United States District Judge

2 – ORDER